IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| ORASAMA ANDREWS, | : | |
| --- | --- | --- |
| | : | |
| Petitioner, | : | |
| | : | Case No. 5:01-CR-56 (CAR) |
| | : | |
| vs. | : | Proceeding under 28 U.S.C. § 1651 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

*ORDER ON THE RECOMMENDATION*
*OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is United States Magistrate Judge Charles H. Weigle's Recommendation [Doc. 202] to deny Petitioner's Motion for Writ of Error Coram Nobis [Doc. 167] and dismiss as moot the remaining pending motions in this case [Docs. 171, 172, 173, & 174]. Plaintiff has filed an Objection to the Recommendation [Doc. 203]. Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's Objection, has made a de novo determination of the portions of the Recommendation to which Petitioner objects, and finds the Objection to be without merit. Having considered the Recommendation, this Court agrees with the findings and conclusions of the United States Magistrate

1

Judge. As thoroughly explained in the Recommendation and despite Petitioner's arguments otherwise, none of his four alleged errors in this case fall within the exceedingly narrow range of fundamental factual errors recognized by the Eleventh Circuit and the Supreme Court for the "extraordinary remedy of last resort"—the writ of error coram nobis.[1]

The Recommendation [Doc. 202] is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**, and Petitioner's Motion for Writ of Error Coram Nobis [Doc. 167] is hereby **DENIED**. All other pending Motions in this case – Petitioner's Motion to Amend Writ of Error Coram Nobis [Doc. 171]; Petitioner's Second Motion to Supplement Writ of Error Coram Nobis [Doc. 172]; Petitioner's Third Motion to Supplement Writ of Error Coram Nobis [Doc. 173]; and the Government's Motion to Dismiss Writ of Error Coram Nobis [Doc. 174] are hereby **DISMISSED as moot**.

**SO ORDERED**, this 17th day of May, 2013.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH

---

[1] *United States v. Mills*, 221 F.3d 1201, 1203 (11th Cir. 2000).